IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ELISSA MERCER and,         )
THOMAS STANOWSKI,      )
                              )
       Plaintiffs,        )
                              )   Case No. 2:25-cv-02469-TC-TJJ
vs.                          )
                              )
HON. CATHERINE D. TRIPLETT,  )
CHARLES DROEGE,         )
DAVID FAIRBANKS,        )
MICHELLE LOGSDON, and     )
LAURA BREWER,           )
                              )
       Defendants.      )

## DEFENDANT FAIRBANKS' MOTION TO STRIKE "PLAINTIFFS' REPLY TO DEFENDANT FAIRBANKS' SUPPLEMENTAL MOTION TO DISMISS"

COMES NOW Defendant Fairbanks and moves this Court to strike Plaintiffs' Reply to Defendant Fairbanks' Supplemental Motion to Dismiss. In support thereof Defendant Fairbanks states:

1.     On September 17, 2025, Defendant Fairbanks filed his Motion to Dismiss (ECF Doc. 26) and his Suggestions in Support of Motion to Dismiss. (ECF Doc. 27)

2.     On September 18, 2025, Plaintiffs filed Plaintiffs' Consolidated Opposition to Defendants' Motion to Dismiss. (ECF Doc. 30)

3.     On September 25, 2025, Defendant Fairbanks filed his Reply Suggestions in Support of His Motion to Dismiss. (ECF Doc. 35)

4.     On September 26, 2025, Plaintiffs filed "Plaintiffs' Reply to Defendant Fairbanks' Supplemental Motion to Dismiss". (ECF Doc. 36)

Initially, Defendant Fairbanks notes he did not file a "Supplemental Motion to Dismiss". Rather, he filed Reply Suggestions in Support of his Motion to Dismiss.

Local Rule 7.1(c) requires a party opposing a motion to file a response and permits the moving party to file a reply. The Rule does not mention the filing of additional filings by the opposing party and it has long been the rule that a party opposing a motion cannot file a sur-reply without obtaining leave of court. ***McShares, Inc v. Barry***, 979 F. Supp. 1338, 1341 (D. Kan. 1997).

Here it is clear that "Plaintiffs' Reply to Defendant Fairbanks' Supplemental Motion to Dismiss" is actually a sur-reply to Defendant Fairbanks' Motion to Dismiss. Defendant Fairbanks has not filed a "Supplemental Motion to Dismiss".

Plaintiffs did not seek leave from the Court to file their sur-reply/Plaintiffs' Reply to Defendant Fairbanks' Supplemental Motion to Dismiss and therefore the Court should Strike "Plaintiffs' Reply to Defendant Fairbanks' Supplemental Motion to Dismiss."

While Plaintiffs are *pro se*, they are still required to comply with the Court's procedural rules, including Local Rules. ***Hampton v. Barclays Bank Delaware***, 478 F. Supp. 3d 1113, 1121 (D. Kan. 2020).

Wherefore, Defendant Fairbanks respectfully requests that the Court grant his Motion to Strike.

Respectfully submitted,

/s/ Mimi E. Doherty
Mimi E. Doherty, #15613
RYNEARSON, SUESS, SCHNURBUSCH
& CHAMPION, L.L.C.
920 Main Street, Suite 1000
Kansas City, MO 64105-2010
Telephone: (816) 421-4000
Facsimile: (816) 416-1097
mdoherty@rssclaw.com
ATTORNEYS FOR DEFENDANT
DAVID FAIRBANKS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Elissa Mercer
1308 E. 123rd Terr A
Olathe, KS 66061
Telephone: (913) 396-1844
Elissamercer1@yahoo.com
Plaintiff pro se

Thomas Stanowski
1308 E. 123rd Terr A
Olathe, KS 66061
Telephone: (561) 542-6409
tomstanowski@yahoo.com
Plaintiff pro se

Bradley E. Avery, Esq.
Lisa D. Montgomery, Esq.
Office of the Attorney General
120 SW 10th Avenue
Topeka, KS 66612-1597
Telephone: (785) 296-2215
Facsimile: (785) 291-3767
Brad.avery@ag.ks.gov
Lisa.montgomery@ag.ks.gov
ATTORNEYS FOR DEFENDANTS
HON. CATHERINE D. TRIPLETT,
CHARLES DROEGE, MICHELLE LOGSDON,
And LAURA BREWER

/s/ Mimi E. Doherty
Attorney For Defendant
David Fairbanks

4